U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 28 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR., <br> Plaintiff | CIVIL ACTION <br> SECTION "P" <br> NO. CV07-0986 (LEAD CASE) c/w <br> CV07-1785, CV07-2098 |
| VERSUS | |
| WINN CORRECTIONAL CENTER, et al., <br> Defendants | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

IT IS ORDERED that the order dated January 10, 2008, consolidating civil actions numbers CV07-0986, CV07-2098, and CV07-1785, is SET ASIDE. The cases are SEVERED.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 28th day of March, 2008.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE