

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ROY ALFRED,<br>　　　　Plaintiff | CIVIL ACTION<br>No. 1:07-cv-2098 |
| VERSUS | |
| FORCHT WADE CORRECTIONAL<br>　　CENTER, et al.,<br>　　　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Alfred's motions for summary judgment (Doc, Item 15) is DENIED and DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that in light of the above recommendation, Alfred's motion for judgment on the pleadings (Doc. Item 37) should be DENIED AS MOOT.

**IT IS FURTHER ORDERED** that because Alfred has failed to prove that he is entitled to relief, this civil rights complaint is DISMISSED WITH PREJUDICE as frivolous pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 14th day of May, 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**